854

No. 755, Misc.   RAYNE *v.* WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 759, Misc.   VAUGHN *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 763, Misc.   LACLAIR *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 767, Misc.   KING *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 768, Misc.   RICHARDSON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 770, Misc.   MOORE *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 20, Misc.   GRAZIANO *v.* NEW YORK.   C. A. 2d Cir. Certiorari denied.   THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.   *Nathan Kestnbaum* for petitioner.   *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *George K. Bernstein* and *Jean R. McCoy,* Assistant Attorneys General, for respondent.